UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVANUS ELEKWACHI, | CASE NO. C 04-04822 |
| Plaintiff, | [~~PROPOSED~~] ORDER ALLOWING PLAINTIFF TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE |
| v. | |
| STONEBRIDGE LIFE INSURANCE COMPANY, | |
| Defendant. | Hon. Martin J. Jenkins |

**GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT** plaintiff's request to appear telephonically at the Case Management Conference scheduled for June 21, 2005 at 1:55 p.m. in department 11 of the above entitled court hereby is granted. Please contact the court for further instruction at (415)522-2123.

DATED: 6/10/2005     /s/
Honorable Martin J. Jenkins
District Court

APPROVED
Judge Martin J. Jenkins

-2-